FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 13 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00249-PAB

ANDREA P. ANDREWS, and
BYRON K. ANDREWS,

    Plaintiffs,

v.

RALPH E. LAYMAN, United States Small Business Administration,
In his Official Capacity as Director of Disaster Loan Program,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiffs leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

DATED May 11, 2009.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00249-PAB-KMT

Byron K. Andrews
Andrea P. Andrews
457 W. 7th St.
Loveland, CO 80537

Ralph E. Layman, U.S. Small Business Administration - **CERTIFIED**
Director of Disaster Loan Program
721 19th St., Ste 426
Denver, CO 80202

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the United States Attorney General and to the United States Attorney's Office and Director of Disaster Loan Program, U.S. Small Business Administration: for process of service on Ralph E. Layman: THRID AMENDED COMPLAINT FILED 05/05/09, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on  5/13/09  .

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk