IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00249–PAB–KMT

ANDREA P. ANDREWS and
BYRON K. ANDREWS,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER**

---

    This matter comes before the Court on Defendant's "Motion to Stay Discovery" (Doc. No. 50, filed August 28, 2009). Defendant has filed a motion to dismiss on the grounds of sovereign immunity and for failure to state a claim. The Supreme Court has recognized that where a defense of qualified immunity is raised, "[u]ntil [the] threshold immunity question is resolved, discovery should not be allowed." *Siegert v. Gilley*, 500 U.S. 226, 231 (1991).

Therefore, Defendant's motion (#47) is **GRANTED.** Discovery is stayed pending ruling on the motions to dismiss.

Dated this 15th day of September, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge