IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00249–PAB–KMT

ANDREA P. ANDREWS and
BYRON K. ANDREWS,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Motion for Leave to Strike Motion for Sanctions and Motion for Default Judgment" (Doc. No. 62, filed September 24, 2009), construed as a motion to withdraw, is GRANTED. Plaintiffs' "Motion for Leave for Motion for Sanction, Rule 11." (Doc. No. 47), "Motion for Leave for Motion for Default Judgment Rule 55) (Doc. No. 46), and "Motion for Leave for Motion for Default Judgment Rule 7.1A" (Doc. No. 58) are WITHDRAWN.

Dated: September 25, 2009