IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00249–PAB–KMT

ANDREA P. ANDREWS and
BYRON K. ANDREWS,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiffs' "Motion for Leave for Motion for Summary Judgment" and "Motion for Summary Judgment" (Doc. No. 85, filed December 8, 2009) is STRICKEN for Plaintiffs' failure to follow Judge Philip A. Brimmer's Civil Practice Standards related to motions for summary judgment.

"Defendant's Motion to Stay Briefing on Plaintiff's Motion for Summary Judgment and for an Order to Bar Plaintiffs from Filing Additional Motions Pending a Ruling on the Magistrate Judge's Recommendation to Dismiss the Complaint" (Doc. No. 87, filed December 16, 2009) is DENIED. The Motion to Stay Briefing on Plaintiff's Motion for Summary Judgment is moot. The court will not bar plaintiffs from filing additional motions. However, Defendant is not required to file a response to any further motions filed by Plaintiffs unless ordered to do so by the court.

Dated: December 18, 2009